IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02197–EWN–MJW

LANE C. ROLLING,

    Petitioner,

v.

R. WILEY, Warden,

    Respondent.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on Application for a Writ of Habeas Corpus" filed February 22, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The Application for Writ of Habeas Corpus is GRANTED to the extent that the BOP is directed to consider immediately whether the petitioner should be transferred to a CCC without regard to 28 C.F.R. §§ 570.20 and 570.21.

DATED this 2nd day of April, 2007.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge